UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JANE DOE 4,<br>JANE DOE 8,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTTIE MAPLES in his official capacity as<br>Sheriff of Clark County,<br>DAVID LOWE Jail Officer; individually,<br>MARK MEYER Sergeant; individually,<br>DAKOTA BROWN Corporal; individually,<br>CALEB BOGER Jail Officer; individually,<br>KASSIDY MAY-WILSON Jail Officer;<br>individually,<br>JESSE MCCUTCHEON Jail Officer; individually,<br>AUSTIN PHILLIPS Jail Officer; individually,<br><br>    Defendants. | No. 4:23-cv-00034-TWP-KMB |

## ORDER ON PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS

Currently pending before the Court is Plaintiffs' Motion to Proceed Under Pseudonyms. [Dkt. 4.] Plaintiffs are former detainees of the Clark County Jail (the "Jail") who allege that on or about October 23-24, 2021, they were sexually assaulted, fondled, harassed, and intimidated while at the Jail after Defendant David Lowe, a former officer at the Jail, provided two male detainees keys to restricted areas of the Jail in exchange for payment of one thousand dollars. [*Id.* at 1-2.] Given the nature of their allegations, Plaintiffs move the Court to proceed by pseudonym. [*Id.* at 2.] Defendants have not objected or otherwise responded to Plaintiffs' Motion.

Plaintiffs were previously involved in another lawsuit stemming from the same incident at the Jail, though they are no longer included as plaintiffs in that action. *Doe 1-8 v. Noel*, No. 4:22-cv-00094-SEB-KMB (S.D. Ind. filed July 22, 2022), *subsequently consolidated with Coomer v.*

*Noel*, No. 4:22-cv-00079-TWP-KMB (S.D. Ind. filed June 21, 2022).  In that case, the Court granted Plaintiffs' Motion to Proceed Under Pseudonyms, weighing all relevant factors and determining that the plaintiffs—including Jane Does 4 and 8—had demonstrated extraordinary circumstances such that their interest in proceeding by pseudonym outweighed both prejudice to the opposing parties and the public's interest in open judicial proceedings.  *See* Order on Plaintiffs' Motion to Proceed Under Pseudonyms, *Doe 1-8 v. Noel*, No. 4:22-cv-00094-SEB-KMB (S.D. Ind. Nov. 23, 2022), Dkt. 34.  The motion granted in *Doe 1-8* set forth the same arguments made in Plaintiffs' present Motion.

For the reasons set forth in the Court's Order on Plaintiffs' Motion to Proceed Under Pseudonyms entered in *Doe 1-8 v. Noel*, the Court **GRANTS** Plaintiffs' Motion to Proceed Under Pseudonym.  [Dkt. 4.]

**SO ORDERED.**

Date: 5/24/2023

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

DAVID LOWE
8299 Hurricane ST SE
Elizabeth, IN 47161

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Laura Walker Swafford
WAGNER REESE, LLP
lswafford@wagnerreese.com

Stephen M. Wagner
WAGNER REESE, LLP
swagner@wagnerreese.com