UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BEATRICE COOMER, et al.,

    Plaintiffs

v.    No. 4:22-cv-00079-TWP-KMB

DAVID LOWE, et al.,

    Defendants

**AND

DESTINY HILL, et al.,

    Plaintiffs

v.    No. 4:23-cv-00033-TWP-KMB

SCOTTIE MAPLES, in his official capacity as
Clark County Sheriff, et al.,

    Defendants

**AND

JANE DOE 4 AND 8,

    Plaintiffs

v.    No. 4:23-cv-00034-TWP-KMB

SCOTTIE MAPLES, in his official capacity as
Sheriff of Clark County, et al.,

    Defendants

**ORDER GRANTING MOTION TO EXCUSE INDIVIDUAL DEFENDANTS FROM THEIR PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE ON AUGUST 15, 2023 AND TO PERMIT CLAIMS REPRESENTATIVE TO ATTEND SETTLEMENT CONFERENCE VIRTUALLY**

    This cause having come before the Court on the Clark County Defendants' Motion to Excuse Defendants, Mark Meyer, Dakota Brown, Caleb Boger, Kassidy May-Wilson, Jesse

McCutcheon and Austin Phillips from the Court's requirement to participate in the August 15, 2023 settlement conference and requesting leave from the Court's Order to permit the Defendants' insurance claims professional to participate in the settlement conference virtually either by Zoom technology or telephonically, and the Court being duly advised in the premises, now finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants Mark Meyer, Dakota Brown, Caleb Boger, Kassidy May-Wilson, Jesse McCutcheon and Austin Phillips are excused from the Court's Order requiring their attendance at the August 15, 2023 settlement conference.

IT IS HEREBY FURTHER ORDERED that the Clark County Defendants' insurance claims professional is excused from the Court's Order requiring her to attend the settlement conference in person and will be permitted to participate in the settlement conference virtually by Zoom.

SO ORDERED.

Date: 7/5/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DAVID LOWE
8299 Hurricane ST SE
Elizabeth, IN 47161