UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| BEATRICE COOMER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-00079-TWP-KMB |
| | ) | |
| DAVID LOWE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **AND | ) | |
| | ) | |
| DESTINY HILL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00033-TWP-KMB |
| | ) | |
| SCOTTIE MAPLES, in his official capacity as Clark County Sheriff, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **AND | ) | |
| | ) | |
| JANE DOE 4 AND 8, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00034-TWP-KMB |
| | ) | |
| SCOTTIE MAPLES, in his official capacity as Sheriff of Clark County, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER DISCHARGING SHOW CAUSE ORDER**

Attorneys Swafford and Wagner were ordered to show cause as to why they did not appear for the September 27, 2023 telephonic status conference. Attorneys have responded and apologized for missing the hearing.

NOW, THEREFORE, the Court accepts counsel's response and herby discharges the show cause order.

SO ORDERED.

Date: 10/3/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

DAVID LOWE
8299 Hurricane St SE
Elizabeth, IN 47161

2